■ ANNE M. DANKELMAN, Respondent-Appellant, v JAMES J. DANKELMAN, JR., Appellant-Respondent. [619 NYS2d 648] —Appeal by the husband and cross appeal by the wife, as limited by their briefs, from stated portions of a judgment of the Supreme Court, Dutchess County (Hillery, J.), dated November 25, 1992.

Ordered that the judgment is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Hillery at the Supreme Court. Miller, J. P., O'Brien, Joy and Krausman, JJ., concur.